IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Civil Action No. 1:14-cv-1205 |
| v. | ) |
| TAMMY M. CHURCH, et al. | ) Judge Paul L. Maloney |
| Defendants. | ) |

### JUDGMENT AGAINST STATE OF MICHIGAN, DEPARTMENT OF TREASURY

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant State of Michigan, Department of Treasury, has no claim in 10329 SW Torch Lake Drive, Rapid City, MI 49676 (the "Property"), and therefore said defendant has no right, title, lien, claim, or interest in the Property. The Court may order the judicial sale of the Property free and clear of all rights, title, liens, claims, and interests, and without the right of redemption, of State of Michigan, Department of Treasury. State of Michigan, Department of Treasury is dismissed as defendant from this action.

Date: October 21, 2015

/s/ Paul L. Maloney
United States District Judge