UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

Tammy M. Church, et al.

    Defendants.

Case No. 1:14-cv-1205-PLM
Hon. Paul L. Maloney

_____/

## CONSENT ORDER

TAMMY M. CHURCH, a Defendant herein ("Church"), and OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, a Defendant herein ("ORT"), having entered into a certain Settlement Agreement dated October 30, 2018 between themselves and in accordance therewith do hereby consent to the entry of the following Order:

IT IS HEREBY ORDERED that Defendant ORT holds a valid and fully enforceable mortgage lien against the Subject Property commonly known as 10329 SW Torch Lake Drive, Rapid City, Michigan 49676 with same more particularly described as:

> Lot 19 WOODBRIDGE, according to the recorded Plat thereof as recorded at Liber 2 of Plats, Page 32, Antrim County Records.
>
> APN No. 05-12-815-015-00

by virtue of the Mortgage given by Tammy Church to Mortgage Electronic Registration Systems, Inc. as nominee for lender INVESTAID Corporation, its successors and assigns, on August 2, 2006, with said Mortgage recorded on August 10, 2006 as Doc. #3074004 in the Kalkaska County Register of Deeds and then subsequently recorded on October 18, 2007 as Doc. #200700009645 in the Antrim County Register of Deeds and as further assigned to

Old Republic National Title Insurance Company with said Assignment recorded on October 22, 2014 in Liber 853, Page 874, Antrim County Records.

IT IS FURTHER ORDERED that pursuant to the Settlement Agreement referenced above, should the Subject Property be sold or transferred in any way or that funds from said property are otherwise made available to CHURCH through any settlement, Court Order or the like, that ORT shall be directly paid up to the first $8,000.00 of any such funds.

IT IS FURTHER ORDERED that except as ordered herein and/or as to the duties and obligations set forth in the Settlement Agreement between CHURCH and ORT referenced above, CHURCH'S claims and defenses asserted in this action as to ORT are otherwise dismissed with prejudice and without costs.

_____
HON. PAUL L. MALONEY

Approved by:

/s/David A. Lerner
Kurt E. Riedel (P27190)
David A. Lerner (P44829)
Plunkett Cooney
**Attorneys for Old Republic National Title Insurance Company**
38505 Woodward Ave., Ste 100
Bloomfield Hills, MI 48304
(248) 901-4043
kriedel@plunkettcooney.com
dlerner@plunkettcooney.com

/s/Tammy M. Church (see attached)
Tammy M. Church
**In Pro Per**
10329 SW Torch Lake Drive
Rapid City, MI 49676

Open.16164.73541.21177642-1

2

Old Republic National Title Insurance Company with said Assignment recorded on October 22, 2014 in Liber 853, Page 874, Antrim County Records.

IT IS FURTHER ORDERED that pursuant to the Settlement Agreement referenced above, should the Subject Property be sold or transferred in any way or that funds from said property are otherwise made available to CHURCH through any settlement, Court Order or the like, that ORT shall be directly paid up to the first $8,000.00 of any such funds.

IT IS FURTHER ORDERED that except as ordered herein and/or as to the duties and obligations set forth in the Settlement Agreement between CHURCH and ORT referenced above, CHURCH'S claims and defenses asserted in this action as to ORT are otherwise dismissed with prejudice and without costs.

Date: May 20, 2019

/s/Paul L. Maloney
HON. PAUL L. MALONEY

Approved by:

Kurt E. Riedel (P27190)
David A. Lerner (P44829)
**Plunkett Cooney**
**Attorneys for Old Republic National Title Insurance Company**
38505 Woodward Ave., Ste 2000
Bloomfield Hills, MI 48304
(248) 901-4043
kriedel@plunkettcooney.com
dlerner@plunkettcooney.com

Tammy M. Church
**In Pro Per**
10329 SW Torch Lake Drive
Rapid City, MI 49676

Open.16164.73541.21177642-1

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,                                  Case No. 1:14-cv-1205-PLM
                                                      Hon. Paul L. Maloney

v.

Tammy M. Church, et al.

    Defendants.
_____/

CERTIFICATE OF SERVICE

    The undersigned certifies that on November 19, 2018 a copy of the proposed CONSENT ORDER was served upon the following person via the U.S. Mail as listed below:

Tammy M. Church
In Pro Per
10329 SW Torch Lake Drive
Rapid City, MI 49676

Respectfully submitted,

Plunkett Cooney

By: /s/DAVID A. LERNER
DAVID A. LERNER – P44829
Attorney for Old Republic National Title Ins. Co.
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 901-4010
dlerner@plunkettcooney.com

Dated: November 19, 2018

Open.16164.73541.21254407-1