UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  Plaintiff,   )<br>  )<br>-v-   )<br>  )<br>TAMMY CHURCH, *et al.*,   )<br>  Defendants.   )<br>  ) | No. 1:14-cv-1205<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has resolved all pending claims and motions. As required by Rule 58, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: May 20, 2019              /s/ Paul L. Maloney
                                Paul L. Maloney
                                United States District Judge